# FIRST INDEMNITY OF AMERICA INSURANCE COMPANY
# 119 Littleton Road
# Parsippany, NJ 07054
# (973) 402-1200    Fax: (973) 402-0770

### SECURITY BOND

Bond No. CT021440

Know all men by these presents, that we, Aspen Stratford Apartments Company, LP as Principal and First Indemnity of America Insurance Company, Surety, are firmly bound unto The Clerk of the United States District Court for the District of New Jersey obligee in the sum of Fifty Thousand Dollars & 00/100 ($50,000.00), to the payment of which we bind ourselves, our heirs, successors, personal representatives and assigns, jointly and severally, firmly by these presents.

The condition of this obligation is such that:

Whereas Judge Jose Linares issued an order of Temporary Restraints on November 24, 2015. And,

Whereas Judge Jose Linares further ordered on the 24th of November, 2015 that a bond of undertaking in the amount of Fifty Thousand ($50,000) be posted with the Clerk of the United States District Court by Aspen Stratford Apartments Company, LP to provide security for payment of such costs and damages as may be incurred or suffered by any party who is found to have been wrongfully restrained or enjoined.

Now therefore if Aspen Stratford Apartments Company, LP shall perform and satisfy the order of the court in posing costs and damages as may be incurred or suffered by any party, then this obligation shall be void, however if Aspen Stratford Apartments Company, LP fails to satisfy the order of the court imposing costs and damages as may be incurred by any party, than First Indemnity of America Insurance Company shall pay to the Clerk of the Court the amount of the costs and damages ordered by the court, not to exceed the aggregate amount of Fifty Thousand Dollars. ($50,000.00)

Signed, Sealed and dated this 25th day of November, 2015

_____
Witness

_____
Witness Cristina Carpenter

Principal: Aspen Stratford Apartments Company, LP

By: _____
Wayne Fox, Partner
First Indemnity of America Insurance Company

By: _____
Aileen MacDonald, Attorney-in-Fact

# SURETY ACKNOWLEDGEMENT

State of New Jersey
                ss:
County of Morris

On this 25th day of November, 2015, before me personally comes Aileen MacDonald to me known; who, being by me duly sworn, deposes and says that he/she resides in Landing, that he/she is the Attorney-in-Fact of the First Indemnity of America Insurance Company the Corporation described in and which executed the foregoing instrument; that he/she knows the seal of the said Corporation; that the seal affixed to the said instrument is such Corporate seal; that it was so affixed by the order of the Board of Directors of the said Corporation, and that he/she signed his/her name thereto by like order.

_Kathleen A. Reul_
(Signature & Title of Official Taking Acknowledgment)

KATHLEEN A. REUL
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 9/25/2019

# FIRST INDEMNITY OF AMERICA
# INSURANCE COMPANY
119 Littleton Road    Parsippany, New Jersey 07054
Telephone: (973) 402-1200

## POWER OF ATTORNEY FOR BONDS AND UNDERTAKINGS

Know All Men By These Presents: That First Indemnity of America Insurance Company, a Corporation of the State of New Jersey does hereby appoint: Aileen MacDonald_____, its true and lawful Attorneys-in-Fact: to make, execute, sign, acknowledge, affix the Company Seal to, deliver any and all surety bonds, undertakings, recognizances, and other contracts of indemnity and writings obligatory in the nature of a bond, for and on behalf of said Company and as an act and deed of said Company.

IN WITNESS WHEREOF, First Indemnity of America Insurance Company of the State of New Jersey has executed these presents this 20th day of March, 2012.



_____
Patrick J. Lynch, President

STATE OF NEW JERSEY  )
COUNTY OF MORRIS    ) ss:

On this 20th day of March, 2012, before me came the above named officer of First Indemnity of America Insurance Company of New Jersey, to me personally known to be the individual and officer described herein, and acknowledge that he executed the foregoing instrument and affixed the seal of said corporation thereto by authority of this office.

_____
Frances A. Frazzano
Notary Public, State of New Jersey
My term expires on May 10, 2017

## CERTIFICATE

Excerpts of Resolutions (Article V, Paragraph 5, of the By-Laws of said Company) adopted by the Board of Directors of the First Indemnity of America Insurance Company of the State of New Jersey, March 20, 2012.

RESOLVED, that the President, or any one of the Vice Presidents specially authorized to do so by the Board of Directors, or by the Executive Committee, shall have power, by and with the concurrence of the Secretary or any one of the Assistant Secretaries, to appoint Attorneys-in-Fact as the business of the company may require, or to authorize any person or persons to execute on behalf of the Company any bonds, undertakings, recognizances, stipulations, policies, contracts, agreements, deeds, and release and assignment of judgments, decrees, mortgages and instruments in the nature of mortgages, and also all other instruments and documents which the business of the Company may require and to affix the Seal of the Company thereto.

RESOLVED, that the signatures and attestations of such officers and the seal of the Company may be affixed to any such Power of Attorney or to any certificate relating to the Power of Attorney by facsimile and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company with respect to any bond, undertaking, recognizances or other contract of indemnity of writing obligatory in the nature thereof.

I, Jane E. Lynch, Secretary of First Indemnity of America Insurance Company of New Jersey, do hereby certify that the foregoing excerpts of the Resolution adopted by the Board of Directors of the Corporation and the Powers of Attorney issued pursuant thereto, are true and correct and that both the Resolution and the Powers of Attorney are in full force and effect.

IN WITNESS WHEREOF, I have herewith set my hand and affixed the seal of said Corporation this 25th_ day of November___, 2015___.

_____
Jane E. Lynch, Secretary

[FIA POWER 2014 06 03]

## FIRST INDEMNITY OF AMERICA INSURANCE COMPANY
119 Littleton Road
Parsippany, NJ 07054
STATEMENT OF FINANCIAL CONDITION AS OF DECEMBER 31, 2014

**Assets:**

| | | |
|---|---|---:|
| Bonds | $ | 1,112,014 |
| Preferred & Common Stocks | | 4,149,193 |
| Real Estate | | 1,340,593 |
| Cash and Short Term Investments | | 696,949 |
| Investment Income Due and Accrued | | 14,436 |
| Premiums in the Course of Collection (under 90 days) | | 283,370 |
| Reinsurance Recoverable on Loss and LAE Payments | | - |
| Deferred Tax Asset | | 412,144 |
| Other Assets | | - |
| **Total Admitted Assets** | **$** | **8,008,699** |

**Liabilities and Surplus:**

| | |
|---|---:|
| Reserve for Loss and Loss Adjustment Expenses | 170,722 |
| Other Expenses | 216,756 |
| Taxes Licenses and Fees | 136,590 |
| Unearned Premium | 1,676,157 |
| Funds Held Under Reinsurance Treaties | - |
| Amounts Withheld or Retained for Others | - |
| Ceded Reinsurance Balances Payable | 15,563 |
| Liability for Unauthorized Reinsurers | - |
| **Total Liabilities** | **2,215,788** |

**Capital & Surplus:**

| | | |
|---|---:|---:|
| Common Stock, Paid Up | 3,500,000 | |
| Paid In and Contributed Surplus | 480,945 | |
| Unassignd Surplus | 1,811,966 | |
| **Surplus as Regards to Policyholders** | | **5,792,911** |
| **Total Liabilities and Surplus** | **$** | **8,008,699** |

I, Glenn A. Runne, Chief Financial Officer of First Indemnity of America Insurance Company, do hereby certify that the foregoing statement is a correct exhibit of the assets and surplus of the said company, on the 31st day of December, 2014, according to the best information, knowledge, and belief.

Glenn A. Runne
Chief Financial Officer

State of New Jersey)
County of Morris) SS:
Subscribed and sworn to, before me, a Notary Public of the State of New Jersey in the Township of Parsippany, Troy Hills, this 31st day of December, 2014.

Aileen G. MacDonald
My Commission Expires December 18, 2019

AILEEN G. MACDONALD
Notary Public
State of New Jersey
My Commission Expires Dec. 18, 2019