Case 2:15-cv-08195-JLL-JAD   Document 36   Filed 06/05/18   Page 1 of 2 PageID: 677

Stuart Reiser, Esq.
Attorney ID No. 1505-1980
**SHAPIRO, CROLAND, REISER**
**APFEL, & DI IORIO LLP**
Continental Plaza II
411 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-3900
(201) 488-9481 (Fax)
sreiser@shapiro-croland.com
Attorneys for Plaintiff,
Aspen Stratford Apartments Company, LP

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASPEN STRATFORD APARTMENTS COMPANY, LP, | |
| Plaintiff, | Civil Case No.: 2:15-cv-08195-JLL |
| v. | **Civil Action** |
| CITY OF NEWARK, et. als. | **ORDER** |
| Defendants. | |

**THIS MATTER** having been opened to the Court on the application of Plaintiff and Defendants and; this Action having been previously dismissed by Order of the Court dated May 17, 2016, without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the Action if the settlement is not consummated and; the Court on, July 13, September 9, November 8, 2016, January 9, 2017 and March 30, 2017, September 26, 2017 and January 10, 2018, respectively, previously having granted the parties an additional time in which the parties may seek to re-open the Action and; it appears that the parties are continuing to diligently implement the agreed upon settlement and need additional time to complete all the terms and conditions of the settlement; and for good cause shown;

IT IS on this 5th day of June 2018, **ORDERED** as follows:

(A) The time period in which the parties may seek to re-open the Action if settlement is not consummated is hereby extended to December 31, 2018;

(B) That all prior Orders of the Court remain in full effect and are binding on the parties; and

(C) That a copy of this Order shall be served upon all Counsel of record within seven (7) days from the date on entry of this Order.

Hon. Jose L. Linares, U.S.D.J.

673318.3

2